|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |
| 8   | **UNITED STATES DISTRICT COURT** |
| 9   | **EASTERN DISTRICT OF CALIFORNIA** |
| 10  |     |

| | |
|---|---|
| SREAM, INC, a California corporation, | Case No. 2:18−CV−00283−TLN−DB <br> Hon. Troy L. Nunley |
| Plaintiff, | |
| v. | **ORDER DISMISSING PLAINTIFF'S COMPLAINT AND ENTIRE ACTION** |
| HITESHWAR NAHAL, *et al.*, | **[F.R.C.P. 41(a)(1)(A)(ii)]** |
| Defendants. | |

**ORDER DISMISSING THE ACTION**

# ORDER DISMISSING THE ACTION

The Court has before it Plaintiff Sream, Inc. ("**Sream**" or "**Plaintiff**") and Defendant Hiteshwar Nahal's ("**Nahal**") Joint Stipulation Dismissing Plaintiff's Complaint And Entire Action pursuant to F.R.C.P. 41(a)(1)(A)(ii). Having considered the parties' stipulation, THE COURT HEREBY ORDERS THAT:

1. Plaintiff's Complaint and the Entire Action shall be and hereby are dismissed *with prejudice*.
2. The other terms of the settlement shall remain confidential.
3. The parties are to bear their own attorneys' fees and costs.
4. The Eastern District of California Shall retain jurisdiction over Sream and Nahal arising from or related to any future dispute over the confidential settlement agreement.

IT IS SO ORDERED.

DATED: July 3, 2018

Troy L. Nunley
United States District Judge

ORDER DISMISSING THE ACTION